

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00113-CR

_____

JASON PEREZ, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 213th District Court
Tarrant County, Texas
Trial Court No. 1664900D

---

Before Sudderth, C.J.; Birdwell and Bassel, JJ.
Memorandum Opinion by Chief Justice Sudderth

**MEMORANDUM OPINION**

Appellant Jason Perez pleaded guilty to violating a protective order twice within a 12-month period, a third-degree felony. *See* Tex. Code Crim. Proc. Ann. art. 17.292; Tex. Penal Code Ann. § 25.072(e). Following a punishment hearing, the trial court sentenced Perez to five years in prison.[1] Perez appeals his conviction.

After reviewing the record and concluding that no arguable grounds for appeal exist, Perez's court-appointed appellate counsel filed a motion to withdraw as counsel and a brief in support of that motion. *See Anders v. California*, 386 U.S. 738, 744–45, 87 S. Ct. 1396, 1400 (1967). Counsel's brief and motion meet the requirements of *Anders*. Counsel has presented a professional evaluation of the entire record demonstrating why there are no arguable grounds for relief. *Id.*, 87 S. Ct. at 1400. Perez has not filed a response on his own behalf. The State also declined to file a response. We have independently examined the record, as is our duty upon the filing of an *Anders* brief. *See Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991); *Mays v. State*, 904 S.W.2d 920, 922–23 (Tex. App.—Fort Worth 1995, no pet.); *see also Penson v. Ohio*, 488 U.S. 75, 82–83, 109 S. Ct. 346, 351 (1988).

---

[1]Perez also pleaded guilty to aggravated assault in a different cause number and received a sentence of 25 years' confinement. His appeal of that conviction was dismissed by this court. *See Perez v. State*, No. 02-22-00112-CR, 2023 WL 3521899 (Tex. App.—Fort Worth May 18, 2023, no pet.) (per curiam) (mem. op., not designated for publication).

After carefully reviewing the record and counsel's brief, we agree with counsel that this appeal is wholly frivolous and without merit. Our independent review of the record reveals nothing further that might arguably support the appeal. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005); *see also Meza v. State*, 206 S.W.3d 684, 685 n.6 (Tex. Crim. App. 2006).

We grant counsel's motion to withdraw and affirm the trial court's judgment.

/s/ Bonnie Sudderth

Bonnie Sudderth
Chief Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: February 8, 2024